IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR120 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS THE INDICTMENT |
| KEVIN ANTON JENNINGS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, KEVIN ANTON JENNINGS, pursuant to Motion of the United States (Filing No. 19 ).

DATED this 12th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge